THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DANNY MARK DICKSON   XXX-XX-0968<br>4827 GEORGE RICHEY ROAD<br>LONGVIEW, TX 75604<br><br>ANITA KAY DICKSON   XXX-XX-8420<br>4827 GEORGE RICHEY ROAD<br>LONGVIEW, TX 75604<br><br>DEBTORS | § CASE NUMBER: 10-60807<br>§<br>§ CHAPTER 13<br>§<br>§<br>§<br>§ |

## MOTION TO TERMINATE "ORDER DIRECTED TO DEBTOR(S)' EMPLOYER"

To the Honorable Judge of Said Court:

John J. Talton, Chapter 13 Bankruptcy Trustee for the Eastern District of Texas, files this his Motion for Entry of "Order Directed to Debtor(s)' Employer" as follows:

An "Order Directed to Debtor(s)' Employer" was entered by the Court on 08/04/2010. for the purpose of funding the Chapter 13 plan previously filed herein by the Debtor(s). This previous Order needs to be terminated for the following reasons:

The Debtor(s) appear to have completed making their plan payments under the terms of the confirmed plan and/or the Debtor(s) have paid in full all allowed claims as filed herein in accordance with their confirmed Chapter 13 Plan.

WHEREFORE, the Chapter 13 Trustee requests the Court to terminate the "Order Directed to Debtor(s)' Employer" previously entered herein.

Respectfully submitted:
John J. Talton, Chapter 13 Trustee

/s/ John J. Talton
John J. Talton, SBN 19629700
Lloyd T. Kraus, SBN 24066773
110 N. College Avenue, Suite 1200
Tyler, TX  75702
(903) 593-7777; FAX (903) 597-1313

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion has been served upon the following parties by mailing a copy of same to them via first class mail and/or electronic notification on 12/2/2014.

DANNY MARK DICKSON
4827 GEORGE RICHEY ROAD
LONGVIEW, TX 75604

ANITA KAY DICKSON
4827 GEORGE RICHEY ROAD
LONGVIEW, TX 75604

CAROL CROSS STONE
1118 JUDSON ROAD
LONGVIEW, TX 75601

                         Respectfully submitted,

                         /s/ John J. Talton
                         John J. Talton, SBN 19629700
                         Lloyd T. Kraus, SBN 24066773
                         Office of the Standing Chapter 13 Trustee
                         110 N. College Avenue, Suite 1200
                         Tyler, TX  75702
                         (903)593-7777, Fax (903) 597-1313

1